IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROBBIE GENE MORGAN                                  PLAINTIFF

v.                         No. 3:17CV00186-JLH

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                             DEFENDANT

## ORDER

The Court has received Proposed Findings and Recommendations ("RD") submitted by United States Magistrate Judge Joe J. Volpe. After careful review of the RD and the timely objections received thereto, as well as a *de novo* review of the record, the Court approves and adopts the RD as this Court's findings in all respects. Accordingly, the Commissioner's decision is affirmed, and this case is DISMISSED with prejudice.

IT IS SO ORDERED this 5th day of January, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE